Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NO. (Transferring Court) | 0864 0:11CR00191-001(MJD) |
| DOCKET NO. (Receiving Court) | 2:16 cr 070 |

| NAME AND LOCATION OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| Ahmed Hussein Mahamud<br>Westerville, OH | MINNESOTA | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Michael J. Davis | |
| | DATES OF Supervision | FROM 01/05/2016    TO 01/04/2036 |

**OFFENSE**

Conspiracy to Provide Material Support to a Foreign Terrorist Organization

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>MINNESOTA</u>

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer named above be transferred with the records of this Court to the United States District Court for the <u>Southern District of Ohio</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

March 17, 2016
Date

Michael J. Davis, United States District Judge

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that jurisdiction of the above probationer be accepted and assumed by this Court from and after the entry of this order.

4/20/16
Effective Date

United States District Judge

**RECEIVED**

MAR 29 2016

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO