

# UNITED STATES DISTRICT COURT
## District of Minnesota

| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN  55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street Suite 212 Fergus Falls, MN  56537 (218) 739-5758 |

April 29, 2016

Mr. Rich Nagle, Clerk
United States District Court
Joseph P. Kinneary U. S. Courthouse
85 Marconi Boulevard, Room 222
Columbus, OH 43215

Re: Ahmed Hussein Mahamud

Our Case Number: CR 11-191 MJD/FLN

Your Case Number: 2:16cr070

Dear Clerk:

**Final Transfer Out**

☒ Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

Mary Kay Grzybek, Deputy Clerk

Cc:  Charles Kovats & John Docherty, Assistant U.S. Attorney
     James Weinberger, Probation Officer Mpsl (All except Rule 5)
     Financial Litigation Unit (Final & Transfer In)
     Financial Services Department (Final & Transfer In)
     File CR 11-191 MJD/FLN



# UNITED STATES DISTRICT COURT
## District of Minnesota

| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

April 29, 2016

Mr. Rich Nagle, Clerk
United States District Court
Joseph P. Kinneary U. S. Courthouse
85 Marconi Boulevard, Room 222
Columbus, OH 43215

Re: Ahmed Hussein Mahamud

Our Case Number: CR 11-191 MJD/FLN

Your Case Number: 2:16cr070

Dear Clerk:

**Final Transfer Out**

☒ Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

Mary Kay Grzybek, Deputy Clerk

Cc: Charles Kovats & John Docherty, Assistant U.S. Attorney
    James Weinberger, Probation Officer Mpsl (All except Rule 5)
    Financial Litigation Unit (Final & Transfer In)
    Financial Services Department (Final & Transfer In)
    File CR 11-191 MJD/FLN

Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NO. (Transferring Court) | 0864 0:11CR00191-001(MJD) |
| DOCKET NO. (Receiving Court) | 2:16 cr 070 |

| NAME AND LOCATION OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| Ahmed Hussein Mahamud<br>Westerville, OH | MINNESOTA | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Michael J. Davis | |
| | DATES OF Supervision | FROM 01/05/2016 — TO 01/04/2036 |

**OFFENSE**

Conspiracy to Provide Material Support to a Foreign Terrorist Organization

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer named above be transferred with the records of this Court to the United States District Court for the Southern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

3-17-16
Date

Michael J. Davis, United States District Judge

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that jurisdiction of the above probationer be accepted and assumed by this Court from and after the entry of this order.

4/20/16
Effective Date

United States District Judge

---

A true printed copy in __1__ sheet(s)
of the electronic record filed on 4/29/16,
in the United States District Court
for the District of Minnesota.
CERTIFIED, _April 29 2016_
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

RECEIVED

MAR 29 2016

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**FILED UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT CR 11-191 DWF/AJB |
| Plaintiff, ) | |
| ) | (18 U.S.C. § 2339A(a)) |
| v. ) | (18 U.S.C. § 2339B(a)) |
| ) | |
| AHMED HUSSEIN MAHAMUD, ) | |
| Defendant. ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Provide Material Support to Terrorists)

From on or about a date unknown through the present, in the State and District of Minnesota and elsewhere, the defendant,

**AHMED HUSSEIN MAHAMUD,**

did knowingly and intentionally conspire with others known and unknown to the grand jury, to provide material support and resources, namely financial support and personnel, knowing and intending that the material support and resources were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 956(a)(1) (conspiracy to murder, kidnap, maim or injure persons in a foreign country), all in violation of Title 18, United States Code, Section 2339A(a).

A true printed copy in __4__ sheet(s)
of the electronic record filed on 6/7/11 .
in the United States District Court
for the District of Minnesota.
CERTIFIED, _____April 29 2016_____
RICHARD D. SLETTEN
BY: _____
           Deputy Clerk

JUN 0 7 2011
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

United States v. Ahmed Hussein Mahamud

## COUNT 2
(Providing Material Support to Terrorists)

On or about a date unknown, and on or about April 20, 2009, and July 27, 2009, in the State and District of Minnesota and elsewhere, the defendant,

**AHMED HUSSEIN MAHAMUD,**

did provide material support and resources, namely financial support and personnel, knowing and intending that the material support and resources were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 956(a)(1) (conspiracy to murder, kidnap, maim or injure persons in a foreign country); all in violation of Title 18, United States Code, Section 2339A(a).

## COUNT 3
(Conspiracy to Provide Material
Support to a Foreign Terrorist Organization)

Beginning on or about a date unknown and continuing to the present, in the State and District of Minnesota and elsewhere, the defendant

**AHMED HUSSEIN MAHAMUD,**

did unlawfully and knowingly conspire and agree with others, known and unknown to the grand jury, to provide material support and resources to al-Shabaab, which the U.S. Secretary of State has designated as a foreign terrorist organization since on or about February 26, 2008, and the designation of which was published in

2

United States v. Ahmed Hussein Mahamud

the Federal Register on or about March 18, 2008, to wit: to knowingly provide money to al-Shabaab and personnel to work under al-Shabaab's direction and control, knowing that al-Shabaab had been designated as a foreign terrorist organization, and knowing that al-Shabaab had engaged, and engages, in terrorist activity and terrorism; all in violation of Title 18, United States Code, Section 2339B(a)(1).

## COUNT 4
### (Providing Material Support to a Foreign Terrorist Organization)

On or about a date unknown, and on or about April 20, 2009, and July 27, 2009, in the State and District of Minnesota and elsewhere, the defendant,

**AHMED HUSSEIN MAHAMUD,**

did unlawfully and knowingly provide material support and resources to al-Shabaab, which the U.S. Secretary of State has designated as a foreign terrorist organization since on or about February 26, 2008, and the designation of which was published in the Federal Register on or about March 18, 2008, to wit: to knowingly provide money to al-Shabaab and personnel to work under al-Shabaab's direction and control, knowing that al-Shabaab had been designated as a foreign terrorist organization, and knowing that al-Shabaab had engaged, and engages, in terrorist activity and terrorism; all in violation of Title 18, United States Code, Section 2339B(a)(1).

U.S. v Ahmed Hussein Mahamud

## FORFEITURE ALLEGATIONS

Counts 1 through 4 of this Indictment are realleged for the purpose of alleging forfeitures.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 981(a)(1)(G) and Title 28, United States Code, Section 2461, the defendant shall forfeit to the United States any and all right, title, and interest in any and all of his assets, foreign or domestic, and shall forfeit all right title and interest in any property, real or personal, which constitutes or is derived from proceeds traceable to his violation of Counts 1, 2, 3, or 4 of the Indictment.

Pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461, if any of the above-referenced property is unavailable for forfeiture, the United States intends to forfeit substitute assets of the defendant.

A TRUE BILL

_____  _____
**UNITED STATES ATTORNEY**        **FOREPERSON**

4

AO 245B (Rev. 11/11) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Ahmed Hussein Mahamud** | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: 11-cr-191 (01)(MJD/FLN)<br>USM Number: 69534-061<br>Social Security Number: 0575<br>Date of Birth: 1985<br><br>Rick Mattox<br>Defendant's Attorney |

**THE DEFENDANT:**

[X] pleaded guilty to Count 3 of the Indictment.
[ ] pleaded nolo contendere to counts(s) which was accepted by the court.
[ ] was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:2339B (a)(1) | CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION | February 2012 | 3 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s).
[X] Counts 1, 2, and 4 are dismissed on the motion of the United States.

A $100.00 special assessment for the Crime Victims Fund is required by statue to be paid immediately.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the economic circumstances.

May 14, 2013
Date of Imposition of Judgment

s/Michael J. Davis
Signature of Judge

MICHAEL J. DAVIS, Chief United States District Judge
Name & Title of Judge

May 29, 2013
Date

A true printed copy in ___ sheet(s) of the electronic record filed on 5/29/13 in the United States District Court for the District of Minnesota.
CERTIFIED, 5/29, 20 16
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

Page 1

O 245B (Rev. 11/11) Sheet 2 - Imprisonment

DEFENDANT: AHMED HUSSEIN MAHAMUD
CASE NUMBER: 11-CR-191 (01) (MJD/FLN)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 36 months.

[X] The court makes the following recommendations to the Bureau of Prisons: The defendant shall be placed in a facility in the state of Ohio.

[] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
 [] at on .
 [] as notified by the United States Marshal.

[X] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 [X] on June 14, 2013 by noon. If the placement has not yet been made for the defendant, he shall report to the U.S. Marshal in Columbus, Ohio on June 14, 2013 by noon. (Courthouse Address: 85 Marconi Boulevard, Columbus, OH 43215. (614) 469-5540
 [] as notified by the United States Marshal.
 [] as notified by the Probation or Pretrial Services Office

## RETURN

I have executed this judgment as follows:

_____
_____
_____

 Defendant delivered on_____ to _____
a _____ , with a certified copy of this Judgment.

 _____
 United States Marshal

 By _____
 Deputy United States Marshal

Page 2

AO 245B (Rev. 11/11) Sheet 3 - Supervised Release

DEFENDANT: AHMED HUSSEIN MAHAMUD
CASE NUMBER: 09-CR-191 (01) (MJD/FLN)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 20 years.
The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[X]  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[X]  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

[X]  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[]  The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[]  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this Judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 11/11) Sheet 3A - Supervised Release

| | |
|---|---|
| DEFENDANT: | AHMED HUSSEIN MAHAMUD |
| CASE NUMBER: | 09-CR-191 (01) (MJD/FLN) |

# SPECIAL CONDITIONS OF SUPERVISION

a. If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

b. The defendant shall submit his person, residence, office, vehicle, or an area under the defendant's control to a search conducted by a United States Probation Officer or supervised designee, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a supervision violation. The defendant shall warn any other residents or third parties that the premises and areas under the defendant's control may be subject to searches pursuant to this condition.

Thomas James Fox
1541090
Wallens Ridge State Prison
PO Box 759
Big Stone Gap, VA 24219

4DIV,CLOSED

# U.S. District Court
## U.S. District of Minnesota (DMN)
### CRIMINAL DOCKET FOR CASE #: 0:11-cr-00191-MJD-FLN-1

Case title: USA v. Mahamud

Date Filed: 06/07/2011
Date Terminated: 05/29/2013

---

Assigned to: Chief Judge Michael J. Davis
Referred to: Magistrate Judge Franklin L. Noel

### Defendant (1)

**Ahmed Hussein Mahamud**
*TERMINATED: 05/29/2013*

represented by **Rick E Mattox**
Mattox Law Office
16670 Franklin Trail SE Ste 250
Prior Lake, MN 55372
952-469-2299
Fax: 952-469-6716
Email: remattox@frontiernet.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

18:2339B (a)(1) CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION
(3)

### Disposition

Custody of the BOP for 36 months; 20 years Supervised Release; $100.00 Special Assessment

### Highest Offense Level (Opening)

Felony

A true printed copy in __7__ sheet(s) of the electronic record filed on 4/29/16 in the United States District Court for the District of Minnesota.
CERTIFIED, April 29 2016
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

### Terminated Counts

18:2339A (a) CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO TERRORISTS
(1)

18:2339A (a) PROVIDING MATERIAL SUPPORT TO TERRORISTS
(2)

18:2339B (a)(1) PROVIDING MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION
(4)

### Disposition

Dismissed

Dismissed

Dismissed

### Highest Offense Level (Terminated)

Felony

### Complaints

### Disposition

None

**Plaintiff**

| USA | represented by | Charles J Kovats , Jr |

Charles J Kovats , Jr
United States Attorney's Office
300 S 4th St Ste 600
Mpls, MN 55415
612-664-5600
Fax: 612-664-5787
Email: charles.kovats@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

John Docherty
United States Attorney's Office
300 S 4th St Ste 600
Minneapolis, MN 55415
612-664-5704
Fax: 612-664-5787
Email: john.docherty@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

William M Narus
US Department of Justice
950 Pennsylvania Ave NW Rm 1746
INACTIVE
Washington, DC 20530
202-307-0789
Fax: 202-514-8714
Email: william.narus@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2011 | 1 | INDICTMENT (unsealed 6/9/11) assigned to Judge Donovan W. Frank referred to Chief Magistrate Judge Arthur J. Boylan by USA Charles J. Kovats Jr. as to Ahmed Hussein Mahamud (1) count(s) 1-2, 3-4. Forfeiture Allegations as to this indictment. 3 pgs (jdf) Modified text on 6/9/2011 (jdf). Modified text on 6/9/2011 (knk). (Entered: 06/08/2011) |
| 06/07/2011 | | ORAL ORDER by Judge Richard H. Kyle sealing case as to Ahmed Hussein Mahamud. (jdf) (Entered: 06/08/2011) |
| 06/09/2011 | 2 | ORDER OF DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF RELATED CASE in case as to Ahmed Hussein Mahamud. IT IS HEREBY ORDERED that Case No. 11-191 be assigned to Chief Judge Michael J Davis and Magistrate Judge Steven E Rau, nunc pro tunc, by use of a card on the Criminal List of the automated case assignment system. IT IS FINALLY ORDERED that a copy of this order shall be filed in each of the above respective files. Signed by Chief Judge Michael J. Davis on 6/8/11 and signed by Judge Donovan W. Frank on 6/9/11. 2 pgs cc: AUSA, SER and AJB (LEG) Modified text on 6/9/2011 (mkg). (Entered: 06/09/2011) |
| 06/09/2011 | 3 | MOTION to Unseal Case filed USA as to Ahmed Hussein Mahamud. 1 pg. (KNK) (Entered: 06/09/2011) |
| 06/09/2011 | 4 | ORDER Granting 3 Motion to Unseal Case as to Ahmed Hussein Mahamud (1). Signed by Magistrate Judge Franklin L. Noel on 6/9/11. (KNK) (Entered: 06/09/2011) |

| | | |
|---|---|---|
| 06/09/2011 | 5 | NOTICE TO THE COURT OF POSSIBLE RELATED CASE by USA as to Ahmed Hussein Mahamud (Kovats, Charles) (Entered: 06/09/2011) |
| 06/10/2011 | 6 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for USA. (Docherty, John) (Entered: 06/10/2011) |
| 06/13/2011 | 7 | Rule 5(c) (3) Documents Received from the Southern District of Ohio as to Ahmed Hussein Mahamud. (MKG) (Entered: 06/13/2011) |
| 06/30/2011 | 8 | TEXT-ONLY ENTRY. CLERK'S NOTICE OF REASSIGNMENT OF MAGISTRATE JUDGE. Case reassigned to Magistrate Judge Franklin L. Noel. Magistrate Judge Steven E Rau is no longer assigned to the case. **NOTE:** the new case number is **CR 11-191 MJD/FLN**. (MKG) (Entered: 06/30/2011) |
| 07/19/2011 | 9 | Minute Entry for proceedings held before Magistrate Judge Jeffrey J. Keyes:Initial Appearance as to Ahmed Hussein Mahamud held on 7/19/2011. Retained counsel present. Gov't moves for & temporary detention ordered. (Next appearance date: Arraignment and Detention Hearing set for 7/21/2011 02:30 PM in Courtroom 6A (STP) before Magistrate Judge Jeffrey J. Keyes) (las) Modified text on 7/20/2011 (las). (Entered: 07/19/2011) |
| 07/19/2011 | 11 | AMENDED Minute Entry for proceedings held before Magistrate Judge Jeffrey J. Keyes: Initial Appearance as to Ahmed Hussein Mahamud held on 7/19/2011. Rick Mattox appeared today on behalf of Deft. Gov't moves for & temporary detention ordered. (Next appearance date: Arraignment and Detention Hearing set for 7/21/2011 11:00 AM in Courtroom 9W (MPLS) before Magistrate Judge Franklin L. Noel.) (las) (Entered: 07/20/2011) |
| 07/20/2011 | 10 | *TEXT ONLY ENTRY* NOTICE of Rescheduling of Hearing as to Ahmed Hussein Mahamud. Arraignment and detention hearing will be held before Magistrate Judge Noel on July 21, 2011, at 11:00 a.m. in Courtroom 9W (Mpls). (CAO) (Entered: 07/20/2011) |
| 07/21/2011 | 12 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Ahmed Hussein Mahamud. (Roe, Katherian) (Entered: 07/21/2011) |
| 07/21/2011 | 13 | ORDER OF TEMPORARY DETENTION as to Ahmed Hussein Mahamud − Detention/Arraignment Hearing set for 7/21/2011 11:00 AM in Courtroom 9W (MPLS) before Magistrate Judge Franklin L. Noel. Signed by Magistrate Judge Jeffrey J. Keyes on 07/20/2011. (las) (Entered: 07/21/2011) |
| 07/21/2011 | 14 | Minute Entry for proceedings held before Magistrate Judge Franklin L. Noel: Arraignment as to Ahmed Hussein Mahamud (1) Count 1,2,3,4 held on 7/21/2011. Not Guilty Plea Entered. Disclosure due by 7/28/2011. Motions due by 8/4/2011. Motion Hearing set for 8/10/2011 10:30 AM in Courtroom 9W (MPLS) before Magistrate Judge Franklin L. Noel. To be notified of Trial Date before Chief Judge Michael J. Davis. Court determined defendant qualifies for appointment of the Public Defender. Mr. Mattox will be CJA appointed to represent defendant in this case. (Court Reporter Debra Beauvais) (las) (Entered: 07/21/2011) |
| 07/21/2011 | 15 | Minute Entry for proceedings held before Magistrate Judge Franklin L. Noel: Detention Hearing as to Ahmed Hussein Mahamud held on 7/21/2011. Bond set at $25,000 unsecured with conditions, see Order Setting Conditions of Release. Government withdrew its motion for detention. (Court Reporter Debra Beauvais) (las) (Entered: 07/21/2011) |
| 07/21/2011 | 16 | ORDER Setting Conditions of Release as to Ahmed Hussein Mahamud (1) $25,000 rpr. Signed by Magistrate Judge Franklin L. Noel on 07/21/2011. (las) (Entered: 07/21/2011) |
| 07/21/2011 | 17 | Appearance Bond Entered as to Ahmed Hussein Mahamud in amount of $25,000 rpr. (las) (Entered: 07/21/2011) |
| 07/21/2011 | 18 | ARRAIGNMENT ORDER as to Ahmed Hussein Mahamud. Signed by Magistrate Judge Franklin L. Noel on 07/21/2011. (las) (Entered: 07/21/2011) |
| 07/25/2011 | 19 | CJA 20 as to Ahmed Hussein Mahamud: Appointment of Attorney Rick E. Mattox. Signed by Magistrate Judge Franklin L. Noel on 07/21/2011. (las) (Entered: 07/26/2011) |

| | | |
|---|---|---|
| 07/28/2011 | 20 | Joint MOTION to Continue *and to Designate Case as Complex under Speedy Trial Act* by USA as to Ahmed Hussein Mahamud. (Docherty, John) (Entered: 07/28/2011) |
| 08/04/2011 | 21 | MOTION for Discovery by USA as to Ahmed Hussein Mahamud. (Docherty, John) (Entered: 08/04/2011) |
| 08/10/2011 | 22 | Minute Entry for proceedings held before Magistrate Judge Franklin L. Noel:Motion Hearing as to Ahmed Hussein Mahamud held on 8/10/2011. The parties' joint motion to continue and to designate this case as complex will be granted. (Disclosure due by 9/1/2011. Motions due by 11/1/2011. Motion Hearing set for 12/20/2011 09:00 AM in Courtroom 9W (MPLS) before Magistrate Judge Franklin L. Noel.) Order to be issued. (Court Reporter Lori Simpson) (las) (Entered: 08/10/2011) |
| 08/11/2011 | 23 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for USA. (Docherty, John) (Entered: 08/11/2011) |
| 08/11/2011 | 24 | ORDER – Granting 20 Motion to Continue and to Designate Case as Complex Under Speedy Trial Act as to Ahmed Hussein Mahamud (1). Signed by Magistrate Judge Franklin L. Noel on 08/10/2011. (las) (Entered: 08/11/2011) |
| 08/19/2011 | 25 | Bench Warrant Returned Executed on 6/9/11 in case as to Ahmed Hussein Mahamud.(KNK) (Entered: 08/25/2011) |
| 08/31/2011 | 26 | NOTICE *of Intent to Use Foreign Intelligence Surveillance Act Information* by USA as to Ahmed Hussein Mahamud (Kovats, Charles) (Entered: 08/31/2011) |
| 10/04/2011 | 27 | DOCUMENT FILED IN ERROR. MOTION to Modify Conditions of Release by Ahmed Hussein Mahamud. (Mattox, Rick) Modified on 10/6/2011 (GMO). (Entered: 10/04/2011) |
| 10/04/2011 | 28 | MEMORANDUM in Support by Ahmed Hussein Mahamud re 27 MOTION to Modify Conditions of Release (Mattox, Rick) (Entered: 10/04/2011) |
| 10/04/2011 | 29 | Certificate of Service by Ahmed Hussein Mahamud .(Mattox, Rick) (Entered: 10/04/2011) |
| 10/05/2011 | 30 | Amended MOTION to Modify Conditions of Release by Ahmed Hussein Mahamud. (Mattox, Rick) (Entered: 10/05/2011) |
| 10/05/2011 | 31 | MEMORANDUM in Support by Ahmed Hussein Mahamud re 30 Amended MOTION to Modify Conditions of Release (Mattox, Rick) (Entered: 10/05/2011) |
| 10/05/2011 | 32 | DOCUMENT FILED IN ERROR. MOTION for Order for *Motion to Modify Conditions of Release* by Ahmed Hussein Mahamud. (Mattox, Rick) Modified on 10/6/2011 (GMO). (Main Document 32 replaced on 10/6/2011) (GMO). (Entered: 10/05/2011) |
| 10/05/2011 | 33 | Certificate of Service by Ahmed Hussein Mahamud .(Mattox, Rick) (Entered: 10/05/2011) |
| 10/06/2011 | 34 | ORDER MODIFYING CONDITIONS OF RELEASE as to Ahmed Hussein Mahamud (1). Signed by Magistrate Judge Franklin L. Noel on 10/6/11. (LEG) (Entered: 10/06/2011) |
| 10/19/2011 | 35 | Joint MOTION to Continue *Briefing Schedule and Motions Hearing* by USA as to Ahmed Hussein Mahamud. (Kovats, Charles) (Entered: 10/19/2011) |
| 11/03/2011 | 36 | DECLARATION by USA as to Ahmed Hussein Mahamud re 35 Joint MOTION to Continue *Briefing Schedule and Motions Hearing* (Kovats, Charles) (Entered: 11/03/2011) |
| 11/14/2011 | 37 | ORDER as to Ahmed Hussein Mahamud (1). Granting Joint Motion to Continue Briefing Schedule and Motions Hearing. Signed by Magistrate Judge Franklin L. Noel on 11/14/11. (LEG) (Entered: 11/14/2011) |
| 11/14/2011 | 38 | DECLARATION *in Lieu of Discovery* by Ahmed Hussein Mahamud (Mattox, Rick) (Entered: 11/14/2011) |
| 11/14/2011 | 39 | MOTION for Discovery *and Inspection of Electronic Surveillance* by Ahmed Hussein Mahamud. (Mattox, Rick) Modified text on 11/15/2011 (mkg). (Entered: 11/14/2011) |

| | | |
|---|---|---|
| 11/14/2011 | 40 | MOTION to Suppress *Electronic Surveillance* by Ahmed Hussein Mahamud. (Mattox, Rick) (Entered: 11/14/2011) |
| 11/14/2011 | 41 | MOTION for Disclosure *of Evidence Favorable to the Defendant* by Ahmed Hussein Mahamud. (Mattox, Rick) (Entered: 11/14/2011) |
| 11/14/2011 | 42 | MOTION to Suppress *Evidence of Indentification* by Ahmed Hussein Mahamud. (Mattox, Rick) (Entered: 11/14/2011) |
| 11/14/2011 | 43 | MOTION for Disclosure *of Informants and Cooperating Defendants* by Ahmed Hussein Mahamud. (Mattox, Rick) (Entered: 11/14/2011) |
| 11/14/2011 | 44 | MOTION for Disclosure *of Jencks Act Materials* by Ahmed Hussein Mahamud. (Mattox, Rick) (Entered: 11/14/2011) |
| 11/14/2011 | 45 | MOTION for Disclosure *of Post Conspiracy Statements of Codefendants* by Ahmed Hussein Mahamud. (Mattox, Rick) (Entered: 11/14/2011) |
| 11/14/2011 | 46 | MOTION for Discovery *of Rule 16 Materials* by Ahmed Hussein Mahamud. (Mattox, Rick) (Entered: 11/14/2011) |
| 11/14/2011 | 47 | MOTION to Suppress *Searches and Seizures* by Ahmed Hussein Mahamud. (Mattox, Rick) (Entered: 11/14/2011) |
| 11/14/2011 | 48 | MOTION to Suppress *Statements* by Ahmed Hussein Mahamud. (Mattox, Rick) (Entered: 11/14/2011) |
| 11/14/2011 | 49 | Certificate of Service by Ahmed Hussein Mahamud re 39 MOTION for Discovery *of Electronic Surveillance*, 43 MOTION for Disclosure *of Informants and Cooperating Defendants*, 38 Declaration, 40 MOTION to Suppress *Electronic Surveillance*, 42 MOTION to Suppress *Evidence of Indentification*, 47 MOTION to Suppress *Searches and Seizures*, 48 MOTION to Suppress *Statements*, 45 MOTION for Disclosure *of Post Conspiracy Statements of Codefendants*, 46 MOTION for Discovery *of Rule 16 Materials*, 41 MOTION for Disclosure *of Evidence Favorable to the Defendant*, 44 MOTION for Disclosure *of Jencks Act Materials* .(Mattox, Rick) (Entered: 11/14/2011) |
| 11/15/2011 | 50 | MOTION for Protective Order *Pursuant to Federal Rules of Criminal Procedure 16(d)* by USA as to Ahmed Hussein Mahamud. (Kovats, Charles) (Entered: 11/15/2011) |
| 11/15/2011 | 51 | GOVERNMENT'S CLASSIFIED IN CAMERA, EX PARTE MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16 (d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE by USA as to Ahmed Hussein Mahamud. ***** FILED IN CAMERA EX PARTE AND UNDER SEAL WITH COURT SECURITY OFFICER. (las) (Entered: 11/16/2011) |
| 11/17/2011 | 52 | PROTECTIVE ORDER REGARDING DISCOVERY MATERIALS as to Ahmed Hussein Mahamud. Signed by Magistrate Judge Franklin L. Noel on 11/17/11. (jdf) (Entered: 11/17/2011) |
| 12/01/2011 | 53 | Second MOTION to Modify Conditions of Release by Ahmed Hussein Mahamud. (Attachments: # 1 Certificate of Service) (Mattox, Rick) (Entered: 12/01/2011) |
| 12/01/2011 | 54 | ORDER as to Ahmed Hussein Mahamud (1) re: Granting 53 Motion to Modify Conditions of Release. Signed by Magistrate Judge Franklin L. Noel on 12/1/11. (KNK) (Entered: 12/01/2011) |
| 01/06/2012 | 55 | MOTION for Leave to *File Over-length Memoranda* by USA as to Ahmed Hussein Mahamud. (Kovats, Charles) (Entered: 01/06/2012) |
| 01/06/2012 | 56 | RESPONSE by USA as to Ahmed Hussein Mahamud re 39 MOTION for Discovery *and Inspection of Electronic Surveillance*, 43 MOTION for Disclosure *of Informants and Cooperating Defendants*, 40 MOTION to Suppress *Electronic Surveillance*, 42 MOTION to Suppress *Evidence of Indentification*, 47 MOTION to Suppress *Searches and Seizures*, 48 MOTION to Suppress *Statements*, 45 MOTION for Disclosure *of Post Conspiracy Statements of Codefendants*, 46 MOTION for Discovery *of Rule 16 Materials*, 41 MOTION for Disclosure *of Evidence Favorable to the Defendant*, 44 MOTION for Disclosure *of Jencks Act Materials* (Kovats, Charles) (Entered: |

|            |    |                                                                                                                                                                                                                                                                                                                                                          |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 01/06/2012)                                                                                                                                                                                                                                                                                                                                              |
| 01/06/2012 | 57 | ORDER granting 55 Motion for Leave to as to Ahmed Hussein Mahamud (1). Signed by Chief Judge Michael J. Davis on 1/6/12. (KMW) (Entered: 01/06/2012)                                                                                                                                                                                                      |
| 01/06/2012 | 58 | MEMORANDUM by USA as to Ahmed Hussein Mahamud re 39 MOTION for Discovery *and Inspection of Electronic Surveillance*, 40 MOTION to Suppress *Electronic Surveillance* (Attachments: # 1 Exhibit(s) Declaration and Claim of Privilege) (Kovats, Charles) (Entered: 01/06/2012)                                                                            |
| 01/18/2012 | 59 | MEMORANDUM OPINION AND ORDER. IT IS HEREBY ORDERED: 1. Defendant's Motion for Discovery and Inspection of Products and Records of Electronic Surveillance 39 is DENIED to the extent the motion seeks classified material; 2. Defendant's Motion to Suppress Evidence Obtained by Wire Surveillance 40 is DENIED.(Written Opinion). Signed by Chief Judge Michael J. Davis on 1/18/12. (GRR) (Entered: 01/18/2012) |
| 01/27/2012 | 60 | LETTER TO MAGISTRATE JUDGE from Rick E. Mattox on behalf of Ahmed Mahamud by Ahmed Hussein Mahamud *waiving unheard motions* (Attachments: # 1 Certificate of Service) (Mattox, Rick) (Entered: 01/27/2012)                                                                                                                                               |
| 02/01/2012 | 61 | *TEXT ONLY ENTRY* NOTICE OF SETTING CHANGE OF PLEA as to Ahmed Hussein Mahamud. Change of Plea Hearing is set for 2/6/2012 at 3:30 PM in Courtroom 15E (MPLS) before Chief Judge Michael J. Davis. (KMW) (Entered: 02/01/2012)                                                                                                                            |
| 02/01/2012 | 62 | Minute Entry for proceedings held before Magistrate Judge Franklin L. Noel: Motion Hearing as to Ahmed Hussein Mahamud held on 2/1/2012. Motions withdrawn. No Order & No R&R to be issued. (Court Reporter Tim Willette) (las) (Entered: 02/02/2012)                                                                                                     |
| 02/06/2012 | 63 | Minute Entry for proceedings held before Chief Judge Michael J. Davis. Change of Plea Hearing as to Ahmed Hussein Mahamud (1) held on 2/6/2012. Guilty Plea entered by Ahmed Hussein Mahamud to Count Count 3 of the Indictment, PSI Ordered and Defendant shall remain on bond conditions. (Court Reporter Lori Simpson) (KMW) (Entered: 02/06/2012)     |
| 02/06/2012 | 64 | PLEA AGREEMENT FILED WITH THE CLERK. (las) (Entered: 02/07/2012)                                                                                                                                                                                                                                                                                         |
| 02/09/2012 | 65 | Third MOTION to Modify Conditions of Release by Ahmed Hussein Mahamud. (Attachments: # 1 Certificate of Service) (Mattox, Rick) (Entered: 02/09/2012)                                                                                                                                                                                                     |
| 02/10/2012 | 66 | RESPONSE to Motion by USA as to Ahmed Hussein Mahamud re 65 Third MOTION to Modify Conditions of Release (Kovats, Charles) (Entered: 02/10/2012)                                                                                                                                                                                                          |
| 02/14/2012 | 67 | ORDER granting 65 Motion to Modify Conditions of Release as to Ahmed Hussein Mahamud (1). Signed by Chief Judge Michael J. Davis on 2/14/12. (KMW) (Entered: 02/15/2012)                                                                                                                                                                                  |
| 03/23/2012 | 68 | GOVERNMENT'S CLASSIFIED MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTIONS RELATING TO THE FOREIGN INTELLIGENCE SURVEILLANCE ACT as to Ahmed Hussein Mahamud. ** FILED IN CAMERA EX PARTE AND UNDER SEAL WITH COURT SECURITY OFFICER. (LEG) (Entered: 03/26/2012)                                                                                            |
| 08/30/2012 | 69 | NOTICE of Filing of Official Transcript, as to Ahmed Hussein Mahamud. A total of 1 transcripts are associated with this filing. (Simpson, Lori) (Entered: 08/30/2012)                                                                                                                                                                                     |
| 08/30/2012 | 70 | TRANSCRIPT of Change of Plea Hearing held on 02/06/2012 before Chief Judge Michael J. Davis as to Ahmed Hussein Mahamud. (34 pages) Court Reporter: Lori Simpson (E-mail: Lori_Simpson@mnd.uscourts.gov. Telephone: (612) 664-5104). Redaction Request due 9/17/2012. Redacted Transcript Deadline set for 9/27/2012. Release of Transcript Restriction set for 11/26/2012. For information on redaction procedures, please review Local Rule 5.5. (Simpson, Lori) (Entered: 08/30/2012) |
| 03/15/2013 | 71 | *TEXT ONLY ENTRY* NOTICE of Setting Sentencing as to Ahmed Hussein Mahamud. Sentencing is set for 5/14/2013 at 3:00 PM in Courtroom 15E (MPLS) before Chief Judge Michael J. Davis. (KMW) (Entered: 03/15/2013)                                                                                                                                           |

| 04/03/2013 | 72 | ORDER FOR EXTENSION OF TIME FOR SENTENCING POSITION PAPER FILINGS as to Ahmed Hussein Mahamud. Signed by Chief Judge Michael J. Davis on 4/3/13. (KMW) (Entered: 04/03/2013) |
|---|---|---|
| 04/19/2013 | 73 | POSITION ON SENTENCING/SENTENCING MEMORANDUM by USA as to Ahmed Hussein Mahamud (Attachments: # 1 Appendix 1, # 2 Appendix 2, # 3 Appendix 3, # 4 Attachment 1, # 5 Attachment 2, # 6 Attachment 3, # 7 Attachment 4, # 8 Attachment 5) (Kovats, Charles) (Entered: 04/19/2013) |
| 04/19/2013 | 74 | POSITION ON SENTENCING/SENTENCING MEMORANDUM by Ahmed Hussein Mahamud (Attachments: # 1 Certificate of Service) (Mattox, Rick) (Entered: 04/19/2013) |
| 04/19/2013 | 76 | Sealed Document (KNK) (Entered: 04/24/2013) |
| 04/22/2013 | 75 | EXHIBIT by Ahmed Hussein Mahamud re 74 Position on Sentencing/Sentencing Memorandum filed by Ahmed Hussein Mahamud (Attachments: # 1 Certificate of Service) (Mattox, Rick) Modified on 4/23/2013 (GMW). DOCUMENT RESTRICTED Per Chief Judge Davis. Modified text on 4/23/2013 (MKG). (Entered: 04/22/2013) |
| 05/01/2013 | 77 | RESPONSE by Ahmed Hussein Mahamud re 73 Position on Sentencing/Sentencing Memorandum as to Ahmed Hussein Mahamud. (Attachments: # 1 Certificate of Service) (Mattox, Rick) Modified on 5/2/2013 (GMW). (Entered: 05/01/2013) |
| 05/01/2013 | 78 | RESPONSE by USA as to Ahmed Hussein Mahamud re 74 Position on Sentencing/Sentencing Memorandum (Kovats, Charles) (Entered: 05/01/2013) |
| 05/08/2013 | 79 | Sealed Document (KNK) (Entered: 05/09/2013) |
| 05/10/2013 | 80 | Release Status Report to the Court as to Ahmed Hussein Mahamud. (MS) (Entered: 05/10/2013) |
| 05/14/2013 | 81 | Minute Entry for proceedings held before Chief Judge Michael J. Davis:Sentencing held on 5/14/2013 for Ahmed Hussein Mahamud. (Court Reporter Lori Simpson) (KMW) (Entered: 05/14/2013) |
| 05/29/2013 | 82 | SENTENCING JUDGMENT as to Ahmed Hussein Mahamud (1), SENTENCED on Count(s) 3, Custody of the BOP for 36 months; 20 years Supervised Release; $100.00 Special Assessment. Remaining Counts Dismissed. Signed by Chief Judge Michael J. Davis on 5/29/13. (GMW) (Entered: 05/30/2013) |
| 05/29/2013 | 83 | Statement of Reasons (Document Sealed) as to Ahmed Hussein Mahamud. Document distributed to counsel and agencies on 5/30/2013. (GMW) (Entered: 05/30/2013) |
| 05/29/2013 | 84 | Statement of Reasons (Document Sealed) as to Ahmed Hussein Mahamud. Document distributed to counsel and agencies on 5/30/2013. (GMW) (Entered: 05/30/2013) |
| 09/03/2013 | 87 | NOTICE of Filing of Official Transcript as to Ahmed Hussein Mahamud. This filing has 1 transcript(s) associated with it. (LAS) (Entered: 09/03/2013) |
| 09/03/2013 | 88 | TRANSCRIPT of Sentencing Hearing held on 05/14/2013 before Chief Judge Michael J. Davis as to Ahmed Hussein Mahamud. (34 pages) Court Reporter: Lori Simpson (E-mail: Lori_Simpson@mnd.uscourts.gov. Telephone: (612) 664-5104). Redaction Request due 9/23/2013. Redacted Transcript Deadline set for 10/1/2013. Release of Transcript Restriction set for 11/29/2013. For information on redaction procedures, please review Local Rule 5.5. (LAS) (Entered: 09/03/2013) |
| 03/22/2016 | 89 | TRANSMITTAL LETTER – Initial Transfer Out as to Ahmed Hussein Mahamud. (JDF) (Entered: 03/22/2016) |
| 04/29/2016 | 90 | Probation Jurisdiction Transferred to Southern District of Ohio as to Ahmed Hussein Mahamud Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (MKG) (Entered: 04/29/2016) |